IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CARL ZEISS MEDITEC, INC,  :
ET AL.,  :
                    Plaintiffs,  :
                    v.  :    C.A. No. 10-308-LPS-MPT
XOFT, INC.,  :
                    Defendant.  :

## ORDER

WHEREAS, Magistrate Judge Thynge issued a Report and Recommendation (D.I. 94) dated April 5, 2011, concerning Plaintiffs' Motion for leave to file second amended complaint (D.I. 47);

WHEREAS, the Report recommends that the Motion be granted;

WHEREAS, any Objections to the Report and Recommendation were to be filed by April 25, 2011;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Thynge in her Report and Recommendation (D.I. 94);

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 94) is ADOPTED, and the Motion for leave to file second amended complaint (D.I. 47) is GRANTED.

Dated: May 13th, 2011

                                                        UNITED STATES DISTRICT JUDGE